STATE REALTY COMPANY v. AARON BENDERSKY.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before the 6th day of March, 1923. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

ARTHUR JARVALA v. LEO RAUL.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before the 6th day of March, 1923. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Westchester Avenue, etc. (Closing of Old Clason's Point Road, etc.) — Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure appellant's points to be filed on or before the 2d day of April, 1923. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

GEORGE W. SPURGEON v. LILLIAN S. SPURGEON.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

GERHARD & HEY, INC., v. EDWARD KEATING.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed on or before the 6th day of March, 1923. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

OTTO WEGENER v. LEHIGH VALLEY RAILROAD COMPANY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure appellant's points to be filed on or before the 6th day of March, 1923. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of Transfer Tax upon the Estate of GEORGE P. WETMORE, Deceased.— Motion for preference granted for March 7, 1923. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.